RECEIVED
NOV 16 2009
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 16, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/09

**BY FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

Re: United States v. Any and All Funds on Deposit . . . at Wells Fargo,
09 Civ. 3481 (HB)

Dear Judge Baer:

By agreement of the parties in the above-referenced civil forfeiture action, the Government's opposition to Claimants' motion for summary judgment and cross-motion to strike or for summary judgment is currently due on November 23, 2009. The Government submits this letter to respectfully request permission to file a memorandum of law of no more than 10 pages in excess of the 25-page limit set forth in Your Honor's individual rules. The additional pages are necessary because the Government's brief both opposes Claimants' motion and supports its cross-motion. I have spoken with counsel for the Claimants, James E. Nesland, Esq., and he has no objection to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Amy Lester
Assistant United States Attorney
Tel.: (212) 637-2416
Fax: (212) 637-0421

cc: James E. Nesland, Esq. (By E-Mail)

Five (5) additional pages granted.

SO ORDERED:
_____
Harold Baer, Jr., U.S.D.J.
Date: 11/17/09

TOTAL P.002

Endorsement:

    Five (5) additional pages granted.