# Exhibit 7

# HOUSTON AND O'LEARY COMPANY

March 13, 1997

Mr. Viktor Kozeny
Deltec House
P. O. Box N7776
Lyford Cay
Nassau, Bahamas

Dear Viktor:

I really enjoyed meeting with you and showing you the fine estate properties that are for sale here in Aspen. I have enclosed some information on "The Ponds" which we saw during your stay and trust that you will find this helpful. I have also included a beautiful book on another estate – "The Peaks" which we were unable to see while you were here.

I look forward to seeing you on March 26th and will be happy to arrange for you to see this wonderful estate at your convenience. You will notice that this leather bound book is a limited edition copy and I will need to return it to the management company.

If you will let me know your arrival time in Aspen, I will be pleased to meet you at the airport.

Sincerely,

Heidi Houston
President, Houston and O'Leary Company

A 0126

620 EAST HYMAN AVENUE   ASPEN, CO 81611   970/925-8664   FAX: 970/9

GOVERNMENT EXHIBIT 5 (ID)

FORF000000275