# Exhibit 8

# HOUSTON AND O'LEARY COMPANY

May 26, 1997

Mr. Viktor Kozeny
Deltec House
P.O. Box N7776
Nassau, Bahamas

Dear Viktor,

Just a note to update you on the Peak Property. The owners have recently raised the price from $19,750,000 to $22,500,000. Astounding, isn't it. They have however excluded you from the price increase.

I have a letter from the listing company stating that the owners will still honor the price of $19,750,000 for the house fully furnished. This letter states that this is only for you and that if I sell the house to anyone else, the new price will be $22,50000.

If you wish to pursue this please let me know.

I have not heard back from you about the plans I sent you for the house located on Pitkin Green. Let me know what you think.

I understand you have been traveling at quite a pace and I hope that all is productive and fruitful.

Hope to hear from you soon.

Sincerely,

*Heidi Houston*

Heidi Houston

CC: Frank Chopin

GOVERNMENT
EXHIBIT
7
(ID)

A 0111

620 EAST HYMAN AVENUE   ASPEN, CO 81611   970/925-8664   FAX: 970/925-8670

FORF000000270