# Exhibit 9

To:      Lynn, City of Aspen

From:    Sallie, Houston & O'Leary Company

Subj:    Transfer Water Service
         2137 Red Mountain Road Acct. # 033206547000

Date:    June 4, 1997


Per our telephone conversation today, please transfer the water service to Mr. Viktor Kozeny effective June 12, 1997. The bills need to be sent to our office: 620 E. Hyman Ave. #102, Aspen, Co 81611 until further notice. If you need any additional information, please call me at 925-8664.

Thanks

FORF000000276

A 0127
GOVERNMENT EXHIBIT
9
(ID)

# HOUSTON AND O'LEARY COMPANY

To: Jev, Holy Cross Electric

From: Sallie, Houston & O'Leary Company

Subj: 2137 Red Mountain Road

Jev, per our telephone conversation this morning, please transfer the utilities to: Viktor Kozeny and bill our office until we provide a permanent billing address: 620 E. Hyman Avenue, Suite 102, Aspen, Colorado 81611. Mr. Kozeny is from the Bahamas so I do not have a social security number. His address in the Bahamas is: Viktor Kozeny, 23 Deltec House, P. O. Box N7776, Lyford Cay, Nassau, Bahamas, office telephone number: 242-362-4185. I understand that there will be a fee of $3,080 for the meter and a $10.00 transfer fee for a total of $3,090.00 due. Please send all info to me and I'll forward to them. This will be effective June 12, 1997. My fax number is: 925-8670. Thanks.

A 0128