# Exhibit 10

**Harvard Capital Management (Worldwide) Limited**
P. O. Box N-7776
E. P. Taylor Drive, Lyford Cay
Nassau, Bahamas
Tel: (809) 362-5251
Fax: (809) 362-4248

TO: Heidi Houston
Houston and O'Leary Company
Aspen, Colorado

FAX NO.: #1-970-925-8670

FROM: Dorothy McNamara

DATE: June 13th, 1997

Page(s) including cover sheet: -1-

Dear Ms. Houston,

Mr. Kozeny has asked that I communicate to you that, while he is appreciative of Mr. Handley's kind offer to temporarily caretake both Aspen Properties, he would prefer that the houses not be occupied.

I realise during the transition that it will be necessary to access the properties with various services etc, however, for security reasons, Mr. Kozeny would like to be assured that you will closely supervise any movements to and from both properties.

The properties at no time should ever be shown without his authorisation.

Thanking you in advance, and I look forward to working with you and your office.

Sincerely,

Dorothy McNamara
*Personal Assistant to*
*Viktor Kozeny*

P.O. Box U.
Aspen, Colo.
81612

GOVERNMENT EXHIBIT 10 (ID)

A 0103

FORF000000266