# Exhibit 11

## CLOSING DATES LIST
## REAL ESTATE CONTRACT

| | |
|---|---|
| **PROPERTY** | 2137 RED MOUNTAIN RD |
| **BUYER:** | VIKTOR KOZENY |
| **SELLER:** | LEE LOVETT |
| **LISTING AGENT** | SCOTT DAVIDSON |
| **SELLING AGENT** | HEIDI HOUSTON |

| DUE DATE | PROVISION | RESPONSIBLE PARTY |
|---|---|---|
| 5/30/97 | Signed Contract/Acceptance Date | Both Parties 5/30/97 |
| 6/2/97 | Earnest Money Received: | Held by: Pitkin Cty Title |
| | Title Ordered: 5/30/97 | By Listing Agent |
| | Title Deadline: 6/6/97 | From: |
| | Title Delivered: 5/29/97 | To: JOEL VANDERVEEN |
| | Title Review Completed | By Buyer and Buyer's Atty |
| | Title Unsatisfactory | |
| | Seller Disclosure 6/4/97 | Seller give to Buyer 6/4/97 |
| | Inspection Completed 5/30/97 | Buyer |
| | Due Diligence Completed | Buyer |
| | Resolve Unsat. Inspection Items | Both Parties |
| | Appraisal Deadline N/A | To be Determined |
| | Loan Company & Loan Approval | |
| | Closing Docs Ordered | Listing Agent |
| | Closing Docs Delivered 6/4/97 | Title Company |
| | Review Final Settlements & Deed | All Parties |
| | All Docs Fed Exed, Monies Wired | All Parties |
| | CLOSING 6/6/97 | All Parties |
| | Post Closing Items: | |
| | - Deed Recordation | |
| | - Funds Wired to Seller | |
| | - Complete Documents to All | |
| | - Title Insurance to Buyer | |
| | NAME/COMPANY | PHONE/FAX |
| Surveyor | | |
| Appraiser | N/A | |
| Inspector | BOB ELLER BLDG INSPECTION | 945-1433 |
| Contractor | | |
| HomeownerAs. | | |
| Caretaker | | |
| BUYER ATTY | | |
| SELLER ATTY | | |

A 0258

GOVERNMENT EXHIBIT
11
(ID)

FORF000000315