# Exhibit 12

Harvard Capital Management (Worldwide) Limited
P. O. Box N-7776
E. P. Taylor Drive, Lyford Cay
Nassau, Bahamas
Tel: (242) 362-5251
Fax: (242) 362-4248

TO: Dr Hans Bodmer        von Meiss Blum & Partner

FAX NO.: 41-1-211-29-88

FROM: Mr Viktor Kozeny

DATE: 27th April 1998

Page(s) including cover sheet:  -1-

Re: **Transfer Instructions re. The $6 Million Transfer**

Dear Hans

Please accept this as your authority to transfer $ 6'000'000.00 (Six million dollars) to the following recipients.

| | | |
|---|---|---:|
| 1 | The Christensen Design Group Limited | 4'000'000.00 |
| 2 | The Peak House Corporation | 500'000.00 |
| 3 | The Music Associates of Aspen | 100'000.00 |
| 4 | American Express Viktor Kozeny Corporate Account | 110'000.00 |
| 5 | Asprey Leasing Incorporated Deposit Account | 500'000.00 |
| 6 | Dr. Jitka Chvatik Turnstar Personal Account | 790'000.00 |

Total amount of transfers above     6'000'000.00

Haydon Mitchell will provide the wire transfer details for the above transfers.

Thank you and best regards,

Mr Viktor Kozeny

DEF  19395

GOVERNMENT EXHIBIT
12
(ID)

FORF000000780