# Exhibit 13

*The Peak House*
*2137 Red Mountain Road*
*P.O. Box U*
*Aspen, Colorado 81612*
*Tel. (970) 925-6464*
*Fax: (970) 925-5963*

TO: VK

FAX #: (242) 362-4248

FROM: Dana C. Brackett

DATE: 3/11/1999

RE: The Peak House

Pages: 1

The County inspected the house on Monday and all of the construction projects were noted in the report. It will be a week or so until they contact me with instructions on where this is heading.

For your upcoming stay who will be coming for staff and what should be done for housing?

I am receiving many calls regarding outstanding construction bills. Is there a date I could pass along to them regarding funding. This I feel would settle them a bit.

Kindest regards,

Dana

ABC 13192

GOVERNMENT EXHIBIT 13 (ID)

FORF000000988

TO: VK

FAX #: (242) 362-4248

FROM: Dana C. Brackett

DATE: 3/13/1998

RE: The Peak House

The dump truck has been ordered from Emich and should be arriving mid to late week. I was also thinking you might be interested in purchasing the Bobcat (small front-end loader) used to load the one ton dump truck. The Bobcat would also be used in the renovation of the staff house and landscaping at both houses.

House notes:

The tool room wall is concrete block filled with rebar and cemented solid. No possibility of Shaun penetrating the wall with a suburban.

The nanny's bedroom was emptied today and work on the trim change will start Monday.

The stone hallway is getting larger every day.

We are laying out for the garage cabinets so when they get here we set them in and trim them out.

Kindest regards.


Dana C. Brackett

ABC     12998

FORF000000975

*The Peak House*
*2137 Red Mountain Road*
*P.O. Box U*
*Aspen, Colorado 81611*
*Tel. (970) 925-6464     Fax: (970) 925-5963*

TO:     Haydon Mitchell

FAX #:  (242) 362-4248

FROM:   Dana C. Brackett

DATE:   3/23/98

RE:     Wire Transfer

Dear Haydon,

Please arrange for another wire transfer of $500,000 to the Peak House account. The construction bill will be arriving soon and the family is also coming for the month.

Thank you,

Dana C. Brackett

ABC     12933

FORF000000787

*The Peak House*
*2137 Red Mountain Road*
*P.O. Box U*
*Aspen, Colorado 81612*
*Tel. (970) 925-6464    Fax: (970) 925-5963*

TO:         Viktor

FAX #:      (242) 362-4248

FROM:       Dana

DATE:       5/22/98

Pages:      2

RE:         Construction Projects

Dear Viktor,

The projects are going well.

- Garage tool room window is complete
- Walk-in freezer is installed
- Garage lights are finished
- Garage cabinets are in the finishing stages of staining
- Concrete slab is poured in front of the garage cabinets.
- Stone hallway is getting concrete poured to the left of entry door and to the right the pinning of the foundation is almost complete
- Living room railing in the cove over the picture windows is complete and matches the railing existing

ABC        13029

FORF000000976

- Pool room trellis project was on hold waiting for a paint decision(color has been picked and painting started today)
- Nanny's room is finished on this end and now awaits JC's wall covering, carpet, and furnishings.
- Kid's play room is in the mill shop stage
- Painting on interior and exterior continues
- Landscape at the front drive is going great; new trees, wild flowers, sprinkler work, and ground leveling outside of the kitchen

Kindest regards,


Dana

ABC     13030

FORF000000977

*The Peak House*
*2137 Red Mountain Road*
*P.O. Box U*
*Aspen, Colorado 81612*
*Tel. (970) 925-6464    Fax: (970) 925-5963*


TO:     Haydon Mitchell

FAX #:  (242) 362-4248

FROM:   Dana C. Brackett

DATE:   6/8/98

Pages:

RE:     Wire Transfer

Dear Haydon,

Please prepare an additional wire transfer in the amount of $500,000.00 USD for Viktor's approval. The wire transfer we are awaiting is already spent and the second request is needed to cover outstanding bills. We are also expecting the family soon and will need funding for their stay. The following is a copy of the checking account showing a balance in the red. Checks 1527 to 1563 are being held until funds are available for payment.


Thank you,



Dana



ABC     12936

FORF000000789

*The Peak House*
*2137 Red Mountain Road*
*P.O. Box U*
*Aspen, Colorado 81612*
*Tel. (970) 925-6464     Fax: (970) 925-5963*

TO:      Viktor

FAX #:   (242) 362-4248

FROM:    Dana C. Brackett

DATE:    10/5/98

Pages:   2

RE:      Wire Transfer

Dear Viktor,

I am writing you to express the urgency of the wire transfer forth coming. The Peak House needs to pay Aspen Constructors for the Oct. 1 payment of $500,000. The sub contractors will be forced to go to other jobs to generate revenue and this will further delay our completion. Other bills outstanding include David Clark ($80,000), Aspen Agency Insurance ($50,000), Gray Cliff ($19,000) and house expenses for two months ($55,000). Please inform me on the progress of the wire transfer.

Kindest regards,

Dana

ABC     12934

FORF000000788

*The Peak House*
*2137 Red Mountain Road*
*P.O. Box U*
*Aspen, Colorado 81611*
*Tel. (970) 925-6464    Fax: (970) 925-5963*

Dear Viktor,

The exhaust handler in the garage is being moved today and should be complete in a few days. The measurements for all the cabinets in the garage were taken last week and the mill company is working on building them. The time frame on the cabinets could be a month. The door in the mechanical room can not be cut until the ceiling above is reinforced and that is being worked on this week. The elevator mechanical equipment is being moved this week as well.

Short report from the Peak House.

Kindest regards,


Dana C. Brackett

ABC    13266

FORF000000991