# Exhibit 14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-B-383

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,
MARLWOOD COMMERCIAL INC.,
OMEGA GROUP HOLDINGS LTD.,
PINE STREET INVESTMENT LTD.,
PINFORD PORTFOLIO INC.,
HELENDALE TRADING CORP., AND
TELOS FINANCE LTD.,

            Plaintiffs,

v.

VIKTOR KOZENY, LANDLOCKED
SHIPPING COMPANY, AND PEAK
HOUSE CORPORATION,

            Defendants.

---

### AFFIDAVIT OF JOHN CHRISTENSEN

---

STATE OF NEW YORK   )
            : ss.:
COUNTY OF NEW YORK  )

  JOHN CHRISTENSEN, being duly sworn, deposes and says:

  1.  I am a principal in Christensen Design Group, Ltd. ("Christensen"), an interior decoration and design firm located in New York City.

GOVERNMENT EXHIBIT 14 (ID)

USAO 20438

FORF000001775

2. In or about April 1996, Mr. Viktor Kozeny retained Christensen to provide interior decoration and design services. We performed this work during the period from April 1996 through late 1998.

3. The principal work performed for Mr. and Mrs. Kozeny was to purchase furnishings, refurbish certain of those furnishings and direct the installation of those furnishings at Mr. and Mrs. Kozeny's homes in Aspen, Colorado and London, England (the "London and Aspen homes").

4. In performing this work, Christensen at all times took its directions from Mr. and Mrs. Kozeny. The work included acquiring furniture, reupholstering certain of the furniture, acquiring fixtures, acquiring wallcoverings and acquiring fabrics and other materials for installation at the Aspen and London homes. Once these items were ready for delivery, Mr. Kozeny would instruct Christensen where the items should be delivered. Most of the items were delivered to the Aspen home, although a large number were delivered to the London home. A percentage was delivered to a warehouse in Massachusetts.

5. As is common in the design industry, Christensen used a code name, "Turnstar Project," to purchase these items for Mr. and Mrs. Kozeny. This code name was used to protect the confidentiality of Mr. and Mrs. Kozeny. At all times, I understood that Mr. Kozeny was directing the work and that the purchases were being made on thier behalf.

6. Periodically, Christensen would send invoices for the work done on the Aspen and London homes to an address designated by Mr. Kozeny. The address used for the

488859.1

FORF000001776

USAO 20439

invoices was: Turnstar Ltd., P.O. Box N-777, E.P. Taylor Drive, Lyford Cay, Nassau, Bahamas. Attached as Exhibit A hereto, is one of the invoices rendered by Christensen for this project.

7. Under Christensen's arrangement with Mr. Kozeny, Mr. Kozeny periodically paid these invoices by wire transfer. On most occasions, the transfer details referred only to an account number. On one occasion, the funds transfer noted the name of the sender as "Minaret." The purpose of these funds transfers was to pay for the interior design and decoration work at the Aspen and London homes.

8. The total payments made to Christensen for the work done on behalf of Mr. and Mrs. Kozeny was in excess of $7 million. There is still a significant balance owed to Christensen.

_____
John Christensen

Sworn to before me this 11th
day of May, 2000

_____
Notary Public

JEANNETTE S. WARNER
Notary Public, State of New York
No. 31-4991480
Qualified in New York County
Commission Expires 1/25/02

488359 1

FORF000001777

USAO 20440



# CHRISTENSEN GROUP

Turnstar Ltd
P O Box N-7776
EP Taylor Drive
Lyford Cay
Nassau, Bahamas

Invoice Number: 9690-87

Date: 4th November, 1996

INVOICE

## TEAL HOUSE

### Guest Living Room

| | |
|---|---|
| For a brass bouillotte lamp with dolphins, with three candle lights and tole shade. | $ 700.00 |
| For a pair of painted faux marble obelisks | $ 400.00 |
| **TOTAL** | **$ 1,100.00** |

100% Deposit required to place order.
Shipping charges will be additional.

2108 BROADWAY #877 NEW YORK CITY 10023 212-595-0757 FAX 212-579-2176

FORF000001778
USAO 20441