# Exhibit 16

Harvard Capital Management (Worldwide) Limited
P. O. Box N-7776
E. P. Taylor Drive, Lyford Cay
Nassau, Bahamas
Tel: (242) 362-5251
Fax: (242) 362-4248

---

TO: Dr. Michael T. McNamara

FAX NO.: 011 (3 77) 9205-9175

FROM: Cleopatra Adderley

DATE: 17th December, 1997

Page(s) including cover sheet: - 1 -

---

Good Afternoon Dr. McNamara,

We look forward to having you in Aspen and I have provided below the address for Mr. Kozeny's residence, where you will be staying. Although we are experiencing winter conditions on the outside (19F), the house is kept quite warm so you may want to pack a few lightweight shirts to wear indoors.

> Physical address:
> Peak House
> 2137 Red Mountain Road
> Aspen, Colorado 81611
>
> Mailing address:
> P.O. Box U
> Aspen, Colorado 81612
>
> Telephone: (970) 925-6464
> Facsimile: (970) 925-5963

With kindest regards,


Cleopatra

ABC 13162

GOVERNMENT EXHIBIT
19
(ID)

FORF000000985