# Exhibit 17



# HOUSTON AND O'LEARY
A RESORTQUEST COMPANY

ASPEN'S FINE HOME SALES AND RENTALS

September 1, 1999

Dear Viktor,

I talked to Ludka today and she told me you would consider an exclusive listing agreement. I have enclosed a listing agreement for your review.

I am sending you an agreement that is exactly the same as the agreements that we did on the other houses we sold for you, with the exception that you must provide us with the exact square footage measurements of the house for heated space, decks, patios and garage as so many changes have occurred, and an inventory list of what will be sold with the house and what will be excluded from the house.

It is also important that we continue on the path to get the house permitted for the last bedroom. This gets rid of a problem where people believe they can get a discount on your price or gives rise to concerns by potential buyers. I would like to recommend that you either involve a local lawyer, or planner to help achieve this end. This is very important to complete. I can also help with this if you wish.

I believe that because I am in your court and understand the house the better than any one else in Aspen, it makes me the most qualified to show and sell your home. You have always dealt with me fairly and have helped me in my personal finances by your advice. I appreciate your friendship and this only makes me want to help you achieve your goal all the more.

Please let me know if you have any questions or if you have any other ideas. Let me do what I do best and get your home sold for you.

Sincerely,

*Heidi Houston*

Heidi

620 EAST HYMAN AVENUE, SUITE 102, ASPEN, COLORADO 81611
TEL: 970.925.8664  800.695.6555  FAX: 970.925.8670
WEB: houstonandoleary.com  E-MAIL: houston@rof.net

H 0016

GOVERNMENT EXHIBIT
20
(ID)

FORF000000327