# Exhibit 26

|  | - "Emerson's Works," two volumes 1898 and 1901 |
|  | - "The Poetical Works of William Cowper," London, no date |
|  | - "The Ingoldsby Legends," by Thomas Ingoldsby, London, 1891 |
|  | - three additional volumes by Benjamin Disraeli, London, 1868, nine total volumes by Disraeli |
|  | - "The Poetical Works of Thomas Grey," London, 1891 |
|  | - "Life and Writings of Jonathan Swift," London, 1752 |
|  | - "Harold," by Lord Lytton, London, 1887- "Rienzi," by Lord Lytton, London, 1887 |
|  | - large leather bound volume written in the Czech language, frontage piece has inscription to Victor Kozeny dated 1995, copyright 1994 |
|  | - "Romola," by George Elliott, London, no date |
|  | - "The Mill on the Floss," by George Elliott, London, no date |
|  | - "The Last of the Barons," by Lord Lytton, London, 1905 |
|  | - "The Poetical Works of Mrs. Hemans," London, no date |
|  | - "The Poetical Works of Thomas Hood," London, no date |
|  | - the remaining two volumes of "Cecilia," as previously noted, volumes 3 and 4, dated London, 1809 |
|  | - "John Halifax," by Mrs. Craik, London, no date |
|  | - "Sterne's Works," volumes 1 through 4, London, 1819 |

CLS01732

- Baccarat bottle
- six matching crystal stem ware in different colors with gold trim
- one unopened box of Moet of Chandon champagne, vintage 1982
- one silver platter inscribed September 20, 1997, with a "K" on the front
- one crystal ice bucket with grape leaf design and gold trim with lion handles
- one pewter wine bucket with pronghorn antelope handles
- one crystal port decanter with seven matching glasses on 12-inch oval silver tray
- framed Audubon print entitled, "Capra Americana Rocky Mountain Goat" (36" x 29" in frame) No. 26
- crystal decanter with lid (11" tall) with six shot glasses on 12-inch metal tray
- seven-inch tall crystal sherry decanter
- China tea service for 12 with matching pitcher, cream and sugar containers, all in floral pattern with leaf saucers, manufactured in Moscow
- brown wood humidor, manufacturer "Flor Fina" with two

CLS01741

|  |  |
|---|---|
|  | - framed oil painting with gold and black frame of flowers on table (40 x 32"), signed S. P. Huilliot |
|  | - four matching metal candlesticks (13" tall), silver in color |
| Wine Cave | - approximately 610 bottles of various wines currently on the shelves and champagnes (inventory to be provided by Landlocked counsel) |
|  | - one large humidor (22 x 13 x 10) "Libertad 300," manufactured "Flor Fina" |
|  | - one English oak Jacobean-style table with drop leaves |
|  | - two sterling silver pitchers, manufacturer Asprey, both engraved "VLK"; two HCA-8002 high current power amplifiers- one Niles Audio (HDS-6L) electronic component |
|  | - one Scientific Atlanta digital music terminal (DM-2000) |
|  | - one Audio Access power controller (AC-5) |
|  | - one Audio Access SEI infrared interface |
|  | - one Audio Access PX-6 multi-room remote controller |
|  | - one Sony HX Pro stereo cassette deck (TC-WR87ES) |
|  | - one Sony AM/FM tuner (550ES) |
|  | - one Pioneer multi-play compact disc player (PD-TM3) |
|  | - one Samson IR3 microprocessor |
|  | - one DBX163X compressor/limiter |

CLS01747

| | |
|---|---|
| | flowers, the set includes trays, pitchers, jars with lids and a serving bowl with lid<br>- three ceramic pitchers with a red finish<br>- one ceramic serving platter, yellow, approximately 14" long, large yellow leaf pattern<br>The following are counts of Limoges China in the "Chene Royale" pattern:<br>- 11 bowls, 16 dinner plates, 20 saucers, 23 nine-inch plates, 13 seven and a half inch plates, 21 seven-inch plates, 8 coffee cups and 5 demitasse cups<br>- 12 charging plates, silver in color, leaf design- silver serving set with tray approximately 24" long, four covered dishes, pitcher engraved with "K" and a gravy boat<br>- five porcelain vases with lids, blue and white floral pattern<br>- three 12-1/2-inch tall porcelain vases matching blue and white floral pattern<br>- one 19" ceramic serving platter, blue and white floral pattern, oval<br>- 18 yellow plates<br>- 23 yellow ceramic gourds with lids and matching bowls, made in Italy |

CLS01759

| | |
|---|---|
| | - Odiot silver flatware still in original packaging, setting for 12 with certain utensils having extra pieces up to 18, including serving utensils |
| | - located in the garage are four crates and one separate cardboard which are unopened, the caretaker has represented that these are recently arrived wicker furniture, they are not examined, labels say McGuire for Christesen Group, Turnstar Peak House, attention Dana Bracket (Dana Bracket is the caretaker who represented what the contents are) |
| | - snow plow attachment for a truck |
| | - GMC Sierra Pickup Truck, tag number 07261ZG, Colorado tags, VIN 1GTGK29JXWE506429 |
| | - GMC Suburban SLT 2500, Colorado tag VBS 7860, VIN 3GKGK26JXVG515261 |
| | - second GMC Suburban SLT 2500, Colorado tag VBT 3916, VIN 3GKGK26J4WG501034 |
| | - Mercedes S600 four-door sedan V12, no license plate, VIN WDBGA57G5XA421548 (all vehicles are black) |
| Unfinished Lower West Guest Bedroom off of Garage | - Canon Laser Class 9500 Plain Paper fax machine |
| | - two computer keyboards |
| | - two computer monitors in black plastic garbage bags, unopened |

CLS01765