# Exhibit 27

```
963FBOU1                    Trial
```

1  UNITED STATES DISTRICT COURT
1  SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x
3  UNITED STATES OF AMERICA,
4           v.                              05 CR 518 (SAS)
5  FREDERIC BOURKE, JR.,
6               Defendant.
7  ------------------------------x
8                                           New York, N.Y.
8                                           June 3, 2009
9                                           10:20 a.m.
10 Before:
11          HON. SHIRA A. SCHEINDLIN,
12                                    District Judge
13
14                       APPEARANCES
15 LEV L. DASSIN
15      Acting United States Attorney for the
16      Southern District of New York
16 HARRY A. CHERNOFF
17 ROBERTSON PARK
17 IRIS LAN
18      Assistant United States Attorneys
19 HADDON FOREMAN
19      Attorneys for Defendant
20 HAROLD A. HADDON
20 SASKIA A. JORDAN
21              -and-
21 JONES DAY
22 BY:  JOHN CLINE
22      CASEY MAXWELL
23              -and-
23 JULIE BLACKMAN & ASSOCIATES
24 BY:  JULIE BLACKMAN
24              -and-
25 WINSTON & STRAWN LLP
25 BY:  CHRISTOPHER J. PAOLELLA

              SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300

```
1   security consultant.
2   Q.  What did you do after that?
3   A.  Later on I went to work for an individual that lived in
4   Nassau, Bahamas, as a security consultant.
5   Q.  And who was that individual?
6   A.  Viktor Kozeny.
7   Q.  And approximately when did you start working for
8   Mr. Kozeny?
9   A.  It would have been the first part of 1995.
10  Q.  Why did he hire you?
11  A.  As a security consultant.
12  Q.  And approximately how long did you work for him?
13  A.  Five years.
14  Q.  And as a security consultant, what kind of work did you do
15  for him?
16  A.  Well, initially the job description was the security issues
17  related to the Bahamas.  Later on the responsibilities expanded
18  into many other areas.
19  Q.  What kind of areas?
20  A.  The security aspect continued.  I was a secretary, I was a
21  butler, I was a -- whatever he needed as we'd travel.
22  Q.  Now, you said you traveled.  Did you travel
23  internationally?
24  A.  Yes, ma'am.
25  Q.  And did your travels with Mr. Kozeny bring you to
```

```
9369bou4                Pulley - direct
```
1  employees of the company.
2  Q.  And what kind of company was Artoc?
3  A.  An investment company.
4  Q.  And what was the purpose of meeting up with Mr. Gabr in
5  Moscow?
6  A.  We took Mr. Gabr to Moscow.
7  Q.  What was the purpose of meeting him there?
8  A.  He went with us to Moscow.  He met with some companies in
9  Moscow.
10 Q.  Now, in November and December of 1997 did you travel
11 anywhere with Mr. Kozeny?
12 A.  Yes, ma'am.
13 Q.  Where?
14 A.  Kiev, Moscow, Baku, Aspen.
15 Q.  Now focusing on Aspen, what if any activities were going on
16 while you were there?
17 A.  There was -- Mr. Kozeny had purchased a residence there and
18 there was a party planned over the Christmas holidays.
19 Q.  And did Mr. Kozeny's residence have a name?
20 A.  Yes, ma'am.
21 Q.  What was it called?
22 A.  Peak house.
23 Q.  Why was it called peak house?
24 A.  Because it was on a peak.
25 Q.  Peak of what?

```
                                                                    248
       9369bou4              Pulley - direct
 1     A.   A mountain peak.
 2     Q.   Now whose house was next door to Mr. Kozeny's house?
 3     A.   Mr. Bourke.
 4     Q.   Did you attend this holiday party?
 5     A.   No, ma'am.
 6     Q.   And where were you?
 7     A.   I went home.
 8     Q.   Were you aware of who was involved in planning the party?
 9     A.   Yes, ma'am.
10     Q.   Who was that?
11     A.   Mr. Kozeny, Mrs. Kozeny, there was a man from New York that
12     came out.  We or some of Mr. Kozeny's staff from Nassau had
13     been sent to Baku to assist.
14     Q.   What was the name of the individual from New York City?
15     A.   John Christensen.
16     Q.   Had you met Mr. Christensen before?
17     A.   Yes, ma'am.
18     Q.   Approximately how many times?
19     A.   Five to ten times.
20     Q.   Did you ever have a meal with him?
21     A.   Yes, ma'am.
22     Q.   Where did you have that meal?
23     A.   I had it in New York, London.
24     Q.   Focusing on the meal that you had in London, who was at
25     this meal?
```
                         SOUTHERN DISTRICT REPORTERS, P.C.
                                   (212) 805-0300

```
963FBOU5                Pulley - direct
```

1   Q. Now, other than testifying in this case and meeting to
2 prepare for your testimony today, how else have you assisted
3 the government?
4   A. The U.S. government?
5   Q. Yes.
6   A. I have done whatever was asked of me. I've provided
7 documentary evidence, I provided a statement and I've abided by
8 the conditions of the agreement.
9   Q. Have you met with an assistant United States Attorney about
10 forfeiture?
11   A. Yes, ma'am.
12   Q. And what was the forfeiture for?
13   A. Two issues. One was a vehicle in Aspen and one was a house
14 in Aspen.
15   Q. And whose vehicle?
16   A. Mr. Kozeny's.
17   Q. And whose house?
18   A. Mr. Kozeny's.
19   Q. Now, how else have you agreed to help the government in the
20 future?
21   A. That I would testify if called upon.
22   Q. Now, from 1997 to 1999, were you aware of any bribes to
23 Azeri officials?
24   A. No, ma'am.
25         MS. LAN: May I have a moment, your Honor?