# Exhibit 28

9649bou1

 1  UNITED STATES DISTRICT COURT
 1  SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------x
 2
 3  UNITED STATES OF AMERICA,
 3
 4          v.                              05 CR 518 (SAS)
 4
 5  FREDERIC BOURKE, JR.,
 5
 6              Defendant.
 6
 7  ------------------------------x
 7
 8                                      New York, N.Y.
 8                                      June 4, 2009
 9                                      10:25 a.m.
 9
10
10  Before:
11
11                  HON. SHIRA A. SCHEINDLIN,
12
12                                      District Judge
13
13
14                      APPEARANCES
14
15  LEV L. DASSIN
15      Acting United States Attorney for the
16      Southern District of New York
16  HARRY A. CHERNOFF
17  ROBERTSON PARK
17  IRIS LAN
18      Assistant United States Attorneys
18
19  HADDON FOREMAN
19      Attorneys for Defendant
20  HAROLD A. HADDON
20  SASKIA A. JORDAN
21              -and-
21  JONES DAY
22  BY:  JOHN CLINE
22
23  Also present:
23
24  Thomas Rosato, Special Agent    Stephanie Howard, Paralegal
24  Robert Arnay, Paralegal         Casey Maxwell, Paralegal
25  Oneika Duncan, Paralegal        Ann Lundberg, Paralegal
25

964FBOU2                    Farrell - direct

1   Q.   Or American terms, whatever?
2   A.   I think I was making about 30 grand.
3   Q.   Were you doing anything else for work around that time?
4   A.   I started -- towards the end of that, I began moonlighting.
5   I was working for a friend of mine, translating for his
6   company.
7   Q.   Who was that?
8   A.   A friend of mine whose name was Dan Meade.
9   Q.   And what kind of company did he have?
10  A.   He was the head of a security company in St. Petersburg.
11  Q.   What kind of security did his company provide?
12  A.   Personal security.  Bodyguards.
13  Q.   What kind of clientele did he provide personal security to?
14  A.   I suppose various.  I didn't know much of his clientele.
15  Q.   What nationality is Dan Meade?
16  A.   He's an American.
17  Q.   And you said you were providing translation services?
18  A.   Well, I was.  He asked me to help him on one, with one
19  client, like a one-off job he needed a translator for his
20  bodyguard who didn't speak English.
21  Q.   Who was that client?
22  A.   Viktor Kozeny.
23  Q.   Before we talk further about Mr. Kozeny, let me just ask
24  you a little bit about Russia at this time period.  What was
25  going on in Russia at the time you moved there and were working

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

9659bou1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                     05 CR 518 (SAS)

FREDERIC BOURKE, JR.,

          Defendant.

------------------------------x

                             New York, N.Y.
                             June 5, 2009
                             9:12 a.m.

Before:

              HON. SHIRA A. SCHEINDLIN,

                           District Judge

                    APPEARANCES

LEV L. DASSIN
    Acting United States Attorney for the
    Southern District of New York
HARRY A. CHERNOFF
ROBERTSON PARK
IRIS LAN
    Assistant United States Attorneys

HADDON FOREMAN
    Attorneys for Defendant
HAROLD A. HADDON
SASKIA A. JORDAN
             -and-
JONES DAY
BY:  JOHN CLINE

Also present:
Thomas Rosato, Special Agent   Stephanie Howard, Paralegal
Robert Arnay, Paralegal        Casey Maxwell, Paralegal
Oneika Duncan, Paralegal       Ann Lundberg, Paralegal

1   Q.  What happened in London when you and Viktor Kozeny reached
2   there?  First of all, do you remember the time period we're
3   talking about?
4   A.  This was, it was Thanksgiving time period.
5   Q.  Thanksgiving 1997?
6   A.  Yes.  It was late November, 1997.
7   Q.  Okay.  And so what did you and Mr. Kozeny do in London on
8   this trip?
9   A.  Well, we were told there was a certain day or evening where
10  there was supposed to be a phone call and that phone call would
11  be from someone and it tells us where to go to meet with Ilham,
12  so we waited around the phone for that for like half a day.
13  Phone call never came, and I forget if we talked to Barat
14  after -- I guess we talked to Barat, and they said it's not
15  going to happen, unfortunately, it wasn't going to work out.
16  So the whole idea of meeting Ilham fell through.
17          After that, we just hung out in London.  He bought
18  some things.
19  Q.  Did you have a sense of Kozeny's financial picture at that
20  point in time?
21  A.  Well, yeah.  He had a private jet.  He had houses all over
22  the world.  He was --
23  Q.  Had he just closed some deal that he was happy about?  Do
24  you remember that?
25  A.  Yeah, it coincided.  He had a -- while in Russia, he told

965FBOU2                    Farrell - direct

1   me that he had been a part of a really large oil deal with one
2   of the oil companies in Russia, in the mid-'90s, and it just
3   happened to be at the exact same time we were in London that
4   British Petroleum was buying part of that company, that Russian
5   company, and he was directly making a huge amount of money, at
6   the exact same time we were in London.
7   Q.  You said he was shopping.  What kind of things was he
8   buying in London?
9   A.  We went to this real hifalutin' jewelry store.  He had a
10  Christmas party that was coming up, and he wanted to buy gifts
11  for the guests and ornaments and things, so he went there and
12  bought a bunch of stuff.  Also went to this place called the --
13  some kind of silver vault there, where you can buy silver
14  pieces, really nice things for a real lot of money and he
15  bought some stuff here.
16  Q.  Do you recall the name of this jewelry store he went to in
17  London?
18  A.  It's called Asprey's.
19  Q.  Asprey's?
20  A.  Mm-hmm.
21  Q.  You said he was buying gifts, I guess party gifts for his
22  Aspen party?
23  A.  Correct.
24  Q.  What did he tell you about the Aspen party?
25  A.  He said he was going to have this big Christmas party or

1  new year's party, I forget, I think it was Christmas and he
2  said he was going to have somebody like Elton John or Natalie
3  Cole perform there, and it was this crazy big party.
4  Q.  By the way, did you get to go to the party?
5  A.  No, I did not.
6  Q.  Where were you for Christmas that year?
7  A.  Sergei and myself had to stay back and guard the vouchers.
8  Q.  So after this trip you went back to Azerbaijan?
9  A.  Yes.
10  Q.  You explained earlier that initially there was an agreement
11  between Nuriyev and Kozeny that a million vouchers would be
12  enough to buy SOCAR at auction?
13  A.  That's correct.
14  Q.  Did that requirement ever change?
15  A.  Yes, it changed not too long after this trip.
16  Q.  What happened?
17  A.  Barat Nuriyev called me into his office in December, second
18  week in December, I think, early December, and he had something
19  to talk about.  I went by.  He called me often down to his
20  office.  When I got in there he said, "Tom, listen, we now, the
21  president has now said that the requirement is no longer
22  1 million vouchers, but actually instead it's going to be
23  2 million vouchers that Viktor is going to have to purchase to
24  go to auction with."  And which was a real shock.  Barat
25  actually said it in a kind of a heavy voice.  He seemed almost

965FBOU4                    Farrell - direct

1    Chopin or I need him to get in touch with Chopin, so he could
2    get a company, sort of like an off-shelf company, off-shore
3    company, something like that, for the professor's son's
4    university.  Perhaps it was an American company.
5    Q.  What about the last thing?  What did you write there?
6    A.  It says, "Get Ricky Bourke to get Barat's report."  So
7    probably in reference to what I had written before, that there
8    was a report and I think this is talking about a medical report
9    that was in New York.  Just reminding myself to ask Ricky to
10   get that report for Barat.
11           MR. CHERNOFF:  Mr. Arnay, if you could go to July 8.
12   Q.  Tell us what you wrote, the first asterisk?
13   A.  It says, "All details of Rza Nuriyev to Peak House ASAP."
14   Rza Nuriyev is the professor Barat Nuriyev's son who is trying
15   to get into university.  Peak House was a house in Aspen where
16   Viktor, the house Viktor owned in Aspen.  That's my
17   understanding of looking at this right here is all these things
18   I'm trying to put together; the medical report or different
19   passport cover pages, what have you, send it in to Peak House
20   and someone there for Viktor is going to send them on to Aaron
21   Fleck or Ricky Bourke to help him get into university.
22           MR. CHERNOFF:  Okay, starting July 27, please.
23   Q.  What's that first entry after the check?
24   A.  "Fax invites for Nuriyevs to me for the Swiss visas to be
25   done in Moscow."

                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300