UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

UNITED STATES OF AMERICA,

                                                                                         09 Civ. 3481 (HB)

                Plaintiff,

  - v. -

ANY AND ALL FUNDS ON DEPOSIT IN
ACCOUNT NO. 12671905, HELD IN THE
NAME OF LANDLOCKED SHIPPING
COMPANY AT WELLS FARGO BROKERAGE
SERVICES, LLC, AND ALL INTEREST AND
OTHER PROCEEDS TRACEABLE THERETO,

ANY AND ALL FUNDS ON DEPOSIT IN
ACCOUNT NO. 0578010886, HELD IN THE
NAME OF LANDLOCKED SHIPPING
COMPANY AT WELLS FARGO BANK, N.A.,
AND ALL INTEREST AND OTHER PROCEEDS
TRACEABLE THERETO, and

ONE MERCEDES S600 FOUR-DOOR SEDAN,
BEARING VEHICLE IDENTIFICATION
NUMBER WDBGA57G5XA421548,

                Defendants-in-rem.
------------------------------------------------------------------

## NOTICE OF ADDRESS CHANGE

      Please take notice of the following new address information for Paul H. Schwartz, counsel for Claimants:

Paul H. Schwartz
*(admitted pro hac vice)*
Shoemaker Ghiselli & Schwartz LLC
1811 Pearl Street
Boulder, Colorado  80302
Phone Number: (303) 530-3452
FAX Number:  (303) 530-4071
pschwartz@sgslitigation.com

1

Dated:  April 27, 2010.

      */s/ Paul H. Schwartz*
PAUL H. SCHWARTZ
*(admitted pro hac vice)*
Shoemaker Ghiselli & Schwartz LLC
1811 Pearl Street
Boulder, CO  80302
(303) 530-3452

**Attorneys for Claimants**

**CERTIFICATE OF SERVICE**

    I, Paul H. Schwartz, hereby certify that on April 27, 2010, I caused to be served true and correct copies of the foregoing Notice of Address Change on the parties identified below via the Court's ECF system:

Items Served:  Notice of Address Change

To:

Amy Ruth Lester, Esq.
Assistant United States Attorney
U.S. Attorney's Office
One St. Andrew's Plaza
New York, New York  10007
amy.lester@usdoj.gov
*Attorneys for Plaintiff*

James E. Nesland, Esq.
Law Offices of James E. Nesland LLC
14252 East Caley Avenue
Aurora, Colorado  80016
(303) 807-9449
*Attorney for Claimants*

Dated:  April 27, 2010

                                            By:  */s/ Paul H. Schwartz*
                                                  Paul H. Schwartz
                                                  *(admitted pro hac vice)*